IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kevin Tillman,

        Plaintiff,

v.                                       Case No. 2:09–cv–904

Cynthia Mausser, *et al.*,                 Judge Michael H. Watson
                                                  Magistrate Judge King
        Defendants.

## ORDER

    Plaintiff, a state prisoner, brings this civil rights action under 42 U.S.C. § 1983, alleging violations of his due process rights in connection with the revocation of his parole.  On May 2, 2011, the United States Magistrate Judge issued an *Order Report and Recommendation* denying plaintiff's Fed. R. Civ. P. 56(d) request to conduct additional discovery and recommending that the motion for summary judgment filed on behalf of defendants Cynthia Mausser and Terry Collins, the only defendants remaining in the action, be granted.  ECF No. 65.  This matter is now before the Court on plaintiff's objections to that *Order and Report and Recommendation*, ECF No. 67, which the Court will consider *de novo.*  28 U.S.C. § 636(b).

    Plaintiff first objects to the United States Magistrate Judge's denial of his Fed. R. Civ. P. 56(d) request to conduct additional discovery.  However, other than complaining that he has not had the opportunity to conduct discovery, plaintiff offers no argument or evidence that persuades this Court that the Magistrate Judge's denial of this request

was in error. Plaintiff's objection to this aspect of the Magistrate Judge's decision is overruled.

Plaintiff's remaining objections simply note that he disagrees with other findings by the Magistrate Judge. These objections are wholly conclusory and lacking in any evidentiary support and are therefore without merit.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The motion of defendants Mausser and Collins for summary judgment, ECF No. 49, is **GRANTED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**